**Order filed October 8, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00250-CV
_____

## IN THE MATTER OF THE MARRIAGE OF JOSE DANIEL TORRES ALVARADO & MARTHA ARACELI GOMEZ MARTINEZ

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-23076**

---

## O R D E R

Appellant's brief was due August 31, 2020**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 9, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM


Panel consists of Chief Justice Frost and Justices Wise and Bourliot.